1084

No. 03–7318.  JEFFERSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7319.  MAYNARD *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–7323.  HENDRICKSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–7325.  GARNER *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 03–7327.  GONZALEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7328.  ANDERSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 03–7329.  LOVE *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 03–7332.  KAMINSKI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–7333.  McQUINN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7341.  GREESON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7342.  HORNE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–7347.  CLINTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7350.  LANGFORD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7353.  DAVIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–7354.  McKENZIE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–7359.  ARENAS-ORTIZ, AKA CARRERO GOPAR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.